# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| ROBERT RAGAN <br> *Plaintiff* <br> v. <br> NORFOLK SOUTHERN RAILWAY COMPANY <br> *Defendant* | ) ) ) ) ) Civil Action No. 1:21-CV-68 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* ROBERT RAGAN recover from the defendant *(name)* NORFOLK SOUTHERN RAILWAY COMPANY the amount of Two Hundred Eighty Two Dollars and Ten Cents dollars ($ 282.10 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 4.76 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☑ tried by a jury with Judge Clifton L. Corker presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 2/9/2023

*CLERK OF COURT*

s/Courtney Camp

*Signature of Clerk or Deputy Clerk*